UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35710 |
|---|---|
| KATHERINE S. ESTLE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045214**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 23 | NATIONWIDE COLLECTIONS<br>BOX 1352<br>FORT PIERCE, FL  34954 | 65.95 |
| 8/ 5 | ARROW FINANCIAL SERVICES LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 23051<br>COLUMBUS, GA  31902 | 225.71 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service        08-35710

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KATHERINE S. ESTLE
1902 GAYHART DRIVE
XENIA, OH  45385

BRIAN LUSARDI
85 WEST MAIN STREET
XENIA, OH  45385

(5.4)
ARROW FINANCIAL
5996 W TOUHY AVE
NILES, IL  60714

(5.1)
ARROW FINANCIAL SERVICES LLC
JEFFERSON CAPITAL SYSTEMS LLC
BOX 23051
COLUMBUS, GA  31902

(5.3)
ARROW FINANCIAL SERVICES LLC
% JEFFERSON CAPITAL SYST LLC
BOX 7999
SAINT CLOUD, MN  56302

(34.1n)
CITIFINANCIAL INC
BOX 140489
IRVING, TX  75014

(31.1n)
EDUCATIONAL CREDIT MANAGEMENT
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(30.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(32.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(36.1n)
JOHN D CLUNK CO LPA
% SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(23.1)
NATIONWIDE COLLECTIONS
BOX 1352
FORT PIERCE, FL  34954

(23.4)
SUNSHINE READERS
805 VIRGINIA AVE
FT PIERCE, FL  34982

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv

0835710_42_20101116_0804_278/T317_sv
###